UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-24296-RAR

**AMIN LAKHANI**,

    Plaintiff,

v.

**SOFI RETAILS, LLC** and
**SOYA SUSHI BAR OF FLORIDA, LLC**
*d/b/a* SOYA SUSHI BAR,

    Defendants.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** came before the Court for a status conference on December 21, 2023, [ECF No. 16], during which the parties informed the Court that they are working towards resolving this matter without the need for protracted litigation and are amenable to an administrative stay in order to facilitate settlement efforts. Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file the appropriate dismissal documents with the Court within **forty-five (45) days** of the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. All deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of December, 2023.

                                                  **RODOLFO A. RUIZ II**
                                                **UNITED STATES DISTRICT JUDGE**